UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH A. SAMPSON,

    Plaintiff,

v.                                     CASE NO: 8:04-cv-1050-T-23TBM

USF STUDENT HEALTH SERVICES,

    Defendant.
_____/

**ORDER**

The plaintiff submits a notice of dismissal with prejudice that purports to dismiss this action pursuant to the Federal Rules of Civil Procedure. No federal rule allows the plaintiff to unilaterally dismiss an action after a defendant has served either an answer or a motion for summary judgment. The defendant has served an answer in this action. Accordingly, to properly dismiss this action, the plaintiff must submit a stipulation of dismissal signed by all parties. Fed. R. Civ. P. 41. The plaintiff's notice (Doc. 29) of dismissal with prejudice is **STRICKEN** as improper. The plaintiff is directed to submit a stipulation that complies with Rule 41, Federal Rules of Civil Procedure, on or before **May 30, 2005**.

ORDERED in Tampa, Florida, on May 24, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge