UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH A. SAMPSON,

    Plaintiff,

v.                                            CASE NO: 8:04-cv-1050-T-23TGW

USF STUDENT HEALTH SERVICES
UNIVERSITY OF SOUTH FLORIDA,

    Defendant.
_____/

## **ORDER**

The parties' stipulation (Doc. 33) of dismissal with prejudice is **APPROVED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE